

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,  PLAINTIFF  v.  JUAN ZABDIEL VARGAS-FENTANES  DEFENDANT(S). | CASE NUMBER  8:20-MJ-00734-DUTY  **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of _Defendant_____, IT IS ORDERED that a detention hearing is set for _October 29_____, _2020_____, at _10:00____ ☒a.m. / ☐p.m. before the Honorable _Karen E. Scott_____, in Courtroom _10D / VTC_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __10/23/20__

_____
U.S. District Judge/Magistrate Judge
KAREN E. SCOTT